FILED

10/28/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0238

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0238

_____

ALPS PROPERTY & CASUALTY INSURANCE
COMPANY, d/b/a Attorneys Liability Protection
Society, A Risk Retention Group,

      Plaintiffs and Appellees,

   v.

KELLER, REYNOLDS, DRAKE, JOHNSON &
GILLESPIE, P.C., RICHARD GILLESPIE, BRYAN
SANDROCK, GG&ME, LLC, a Montana Limited
Liability Company, and DRAES, INC., a Montana
Close Corporation, CHARLES JOSEPH SIEFERT
and THOMAS Q. JOHNSON,

      Defendants and Appellants.

O R D E R

_____

Appellants, by counsel, has filed a motion for extension of time within which to file their reply brief.

IT IS HEREBY ORDERED that motion is GRANTED. Appellant's reply brief shall be filed on or before November 16, 2020.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 28 2020